Fill in this information to identify the case:

Debtor name: **Colorado National Bancorp**
United States Bankruptcy Court for the: **DISTRICT OF COLORADO**
Case number (if known): **17-20315**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Brian Devlin IRA<br>1300 Elder Avenue<br>Boulder, CO 80304 | | Loan | | | | $286,841.13 |
| Charles J. and Darby Burger<br>1700 Lincoln Street, Suite 2150<br>Denver, CO 80203 | | Loan | | | | $164,369.87 |
| Compass Island Investment Opportunities<br>712 Fifth Ave. 12th Floor<br>New York, NY 10019 | | Loan | | | | $1,078,829.93 |
| Cradle Cove Investment Opportunities Fun<br>712 Fifth Ave. 12th Floor<br>New York, NY 10019 | | Loan | | | | $258,112.90 |
| CRTT Holdings, LLC<br>Attn:  Robert Ekback<br>10634 Sundial Rim Road<br>Highlands Ranch, CO 80126 | | Loan | | | | $164,616.45 |
| Curtis J. Thompson<br>PO Box 776143<br>Steamboat Springs, CO 80477 | | Loan | | | | $259,157.35 |
| Eugene Weil, Trustee<br>50 East 10th Street, Apt 5E<br>New York, NY 10003 | | Loan | | | | $466,372.03 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Colorado National Bancorp**  
Name

Case number *(if known)* **17-20315**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Frederick R. Mayer & Jan Perry Mayer Irr**<br>**PO BOX 5272**<br>**Denver, CO 80217** | | Loan | | | | $49,878.07 |
| **Global Mobile, LLC**<br>**101 High Street**<br>**Denver, CO 80218** | | Loan | | | | $186,289.49 |
| **Guy G. Gibson**<br>**3070 N. Lakeridge Tr.**<br>**Boulder, CO 80302** | | Loan | | | | $186,289.49 |
| **Guy Gibson IRA**<br>**3070 N. Lakeridge Tr.**<br>**Boulder, CO 80302** | | Loan | | | | $388,504.09 |
| **Irrev Trust of Frederick Miller Mayer &**<br>**PO BOX 5272**<br>**Denver, CO 80217** | | Loan | | | | $41,563.47 |
| **Jeffrey Desich**<br>**1210 Sunnyville Drive**<br>**West Palm Beach, FL 33414** | | Loan | | | | $762,356.67 |
| **JHM Enterprises**<br>**6783 So. Yates Ct.**<br>**Littleton, CO 80128** | | Loan | | | | $937,688.95 |
| **John and Laurel Nelligan**<br>**23 Ronsard**<br>**Newport Coast, CA 92657** | | Loan | | | | $466,291.97 |
| **Julie Devlin IRA**<br>**1300 Elder Avenue**<br>**Boulder, CO 80304** | | Loan | | | | $191,062.97 |
| **Retama, LLLP**<br>**1600 Broadway**<br>**Suite 1430**<br>**Denver, CO 80202** | | Loan | | | | $536,177.41 |
| **Richard Desich**<br>**12502 World Cup Lane**<br>**West Palm Beach, FL 33414** | | Loan | | | | $762,582.42 |
| **Sherron G. Perry**<br>**9525 King St.**<br>**Anchorage, AK 99515** | | Loan | | | | $218,082.36 |

| Debtor | **Colorado National Bancorp** | Case number *(if known)* | **17-20315** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wilblairco II, LLC<br>222 West Adams St.<br>Chicago, IL 60606** | | Loan | | | | $68,955.49 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy