**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Colorado National Bancorp | ) | Case No.  17-20315-EEB |
| Tax ID / EIN: 84-0847337 | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

**UNITED STATES TRUSTEE'S APPOINTMENT OF**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The United States Trustee hereby appoints the following creditors to the Official Unsecured Creditors' Committee in the above case:

- Brian Devlin

- CRTT Holdings, LLC
  c/o Robert Ekback
  10634 Sundial Rim Rd.
  Highlands Ranch, CO 80126
  Tel.:  (303) 883-1328
  Email:  bob@ekback.com

- Curtis J. Thompson

- Guy Gibson

- JHM Enterprises, LLC
  c/o John H. Moody
  6783 S. Yates Ct.
  Littleton, CO 80128
  Tel.:  (303) 324-4625
  Email:  JHMLLC@icloud.com

Dated:  November 16, 2017          Respectfully submitted,

                                   PATRICK S. LAYNG
                                   UNITED STATES TRUSTEE


                                   /s/  Alan K. Motes
                                   By: Alan K. Motes, #33997
                                   Trial Attorney for the U.S. Trustee
                                   1961 Stout Street, Suite 12-200
                                   Denver, Colorado 80294
                                   (303) 312-7999 telephone
                                   (303) 312-7259 facsimile
                                   Alan.Motes@usdoj.gov

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on November 16, 2017, a copy of the UNITED STATES TRUSTEE'S APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS was served by deposit in the United States Mail, postage prepaid, on the above members of the Official Committee of Unsecured Creditors and to the following parties:

Colorado National Bancorp
700 17th Street, Suite 100
Denver, CO 80202

Steven T Mulligan
1099 18th St.
Ste. 2150
Denver, CO 80202

James T. Markus
Markus Williams Young & Zimmermann LLC
1700 Lincoln Street, Suite 4550
Denver, CO 80203

                                                  /s/ Alan K. Motes
                                                  Office of the United States Trustee