**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re ) | |
| ) | |
| COLORADO NATIONAL BANCORP ) | Case No. 17-20315 EEB |
| EIN: 27-0847337 ) | |
| ) | Chapter 11 |
| Debtor-in-Possession. ) | |

**NOTICE PURSUANT TO L.B.R. 9013-1 OF APPLICATION TO EMPLOY VINING SPARKS COMMUNITY BANK ADVISORY GROUP AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE DECEMBER 11, 2017**

**OBJECTION DEADLINE: DECEMBER 18, 2017.**

**NOTE: PER ORDER OF THE COURT THIS IS A SHORTENED SEVEN DAY OBJECTION DEADLINE.**

**YOU ARE HEREBY NOTIFIED THAT** the Official Committee of Unsecured Creditors ("**Committee**") for above captioned Debtor has filed an Application to Employ Vining Sparks Community Bank Advisory Group ("**Vining**") as financial advisor for the Committee, effective as of December 11, 2017. Upon court approval, Vining shall be paid $100,000 in fees upon a closing of a possible business combination (through tender offer, merger, sale or exchange of stock, sale of all or a substantial part of the assets, plan of reorganization or otherwise) of Colorado National Bancorp's capital stock (the "Stock") in Colorado National Bank and shall be entitled to reimbursement of out of pocket costs not to exceed $2,000.

A copy of the Application is available for inspection in the Bankruptcy Court Clerk's Office, 721 19th Street, Denver, Colorado 80202 or upon request from the undersigned. If you oppose the Application or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections. In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated this 11th day of December, 2017.   MARKUS WILLIAMS
YOUNG & ZIMMERMANN LLC
*s/Donald D. Allen*
Donald D. Allen, #10340
1700 Lincoln Street, Suite 4550
Denver, Colorado 80203
Telephone (303) 830-0800
Facsimile (303) 830-0809
dallen@markuswilliams.com
*Proposed Counsel for the Committee*

{Z0197856/1 }