# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| In re: | Chapter 11 |
|---|---|
| COLORADO NATIONAL BANCORP<br>EIN: 27-0847337<br><br>            Debtor. | Case No. 17-20315 EEB |

**LOCAL BANKRUPTCY FORM 1009-1.1**
**Notice of Amendment of Petition, Lists, Schedules, Statements, and/or Addition of Creditors**

**Please check applicable boxes, complete applicable sections identifying each amendment, and attach additional pages as necessary.**

### Part 1   Notice

You are hereby notified that the debtor has filed amended documents: **[petition / list(s) / schedule(s) / statement(s), and / or addition of creditor(s)]**.

### Part 2   Amendments

**2.1. Petition**

☒ Not applicable (no amendments to Petition)

☐ The following section(s) of the Petition are amended as follows:

| Section of Petition | Information before amendment | New information |
|---|---|---|
|  |  |  |
|  |  |  |

**2.2. List(s)**

☒ Not applicable (no amendments to List(s))

☐ The following List(s) are amended as follows:

| List | Information before amendment | New information |
|---|---|---|
|  |  |  |
|  |  |  |

4817-2199-1514.v1

Change in creditor's name or address on List(s):

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
|  |  |
|  |  |

**2.3. Schedule(s) of Debts**

☐ Not applicable (no amendments to Schedules of Debt(s))

☒ Schedule(s) of Debts are amended as follows:

Schedules A/B:

| Description of property | Interest in property | Current value of entire property | Current value of portion owned |
|---|---|---|---|
| Golden Peach, Inc. | 100% ownership | $0.00 | $0.00 |
|  |  |  |  |

Schedule C:

| Amount of the exemption you claim | Current value of debtor's interest |
|---|---|
|  |  |
|  |  |

If you object to this amended claim of exemption, you must file and serve your objection within 30 days after the date this notice is served. Objections must be filed with the Court and a complete copy must be served on debtor's attorney or debtor, if unrepresented.

Schedule D:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Claim amount | Collateral | Collateral value | Any other changes |
|---|---|---|---|---|---|
| ☐ New creditor<br>☐ Amendment to existing creditor |  |  |  |  |  |
| ☐ New creditor<br>☐ Amendment to existing creditor |  |  |  |  |  |

Schedules E/F:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Total claim amount | Priority amount (if any) | Any other changes |
|---|---|---|---|---|
| ☐ New creditor<br>☐ Amendment to existing creditor |  |  |  |  |
| ☐ New creditor<br>☐ Amendment to existing creditor |  |  |  |  |

2

4817-2199-1514.v1

Schedule G:

| Contracting/Leasing party and address | What the contract of lease is for |
|---|---|
| | |
| | |

Schedule H:

| Co-debtor/spouse, former spouse, or legal equivalent; name and address | Creditor to whom you owe the debt/community state or territory |
|---|---|
| | |
| | |

Schedules I/J:

| Amended/New information |
|---|
| |
| |

## 2.4. Statement(s)

☒ Not applicable (no amendments to Statement(s))

☐ The following Statement(s) are amended as follows:

| Statement | Information before amendment | New information |
|---|---|---|
| | | |

## 2.5. Addition of Creditor(s)

☒ Not applicable (no additions)

☐ Creditors have been added as follows (and Schedules D, E, or F have been amended accordingly):

☐ Creditors have been amended as follows:

Change in creditor's name or address:

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
| | |

3

4817-2199-1514.v1

**Part 3**  **Signature of Debtor's Attorney or Debtor (if unrepresented)**

Dated: January 10, 2018.

        JACKSON KELLY PLLC

        By: */s/ Steven T. Mulligan*
            Steven T. Mulligan, #19901
            Benjamin J. Ross  #49370
        1099 18th Street, Suite 2150
        Denver, CO 80202
        Telephone: (303) 390-0003
        Facsimile: (303) 390-0177
        smulligan@jacksonkelly.com
        bross@jacksonkelly.com

        Counsel for Debtor

**Part 4**  **Verification of Debtor**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 10, 2018

        COLORADO NATIONAL BANCORP

        By:*/s/ John Sprengle*
            John Sprengle, Executive Vice President
        700 17th St., Suite 100
        Denver, CO  80202

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 10, 2018, a copy of **LOCAL BANKRUPTCY FORM 1009-1.1 - Notice of Amendment of Petition, Lists, Schedules, Statements, and/or Addition of Creditors**, was filed and served in compliance with L.B.R. 1009-1 on the following:

Alan K. Motes
1961 Stout St., Ste. 12-200
Denver, CO 80294-6004

Patrick L. Hughes
Haynes and Boone, LLP
1801 Broadway, Ste. 800
Denver, CO 80202-3836

Andrew Thomas Gillespie
Haynes and Boone, LLP
1801 Broadway, Ste. 800
Denver, CO 80202-3836

James T. Markus
Donald D. Allen
Markus Williams Young & Zimmerman
1700 Lincoln St., Suite 4550
Denver, CO 80203

Caroline C. Fuller
Matthew S. Rork
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202

US Trustee
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294-6004

Dated: January 10, 2018

JACKSON KELLY PLLC

By: */s/ Steven T. Mulligan*
     Steven T. Mulligan, #19901
     Benjamin J. Ross, #49370
1099 18th Street, Suite 2150
Denver, CO 80202
Tel: (303) 390-0003; Fax: (303) 390-0177
smulligan@jacksonkelly.com
Counsel for Debtor