# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 17-20315 EEB |
| COLORADO NATIONAL BANCORP,<br>EIN: 84-0847337 | |
| Debtor. | Chapter 11 |

## ENTRY OF APPEARANCE, REQUEST FOR NOTICE
## AND RESERVATION OF RIGHTS

     PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rules 9010(b) and 2002(g), Holland & Hart LLP hereby appears on behalf of AtlasBanc Holdings Corporation and requests that all notices, pleadings, motions, applications, and any other documents filed and/or served in this case be sent to the following:

Matthew J. Ochs  
HOLLAND & HART LLP  
555 Seventeenth Street, Suite 3200  
P.O. Box 8749  
Denver, CO  80201-8749  
Telephone: (303) 295-8299  
Facsimile: (303) 416-8951  
Email: mjochs@hollandhart.com  

     Neither this Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive: (i) any right to have final orders in non-core matters entered only after *de novo* review by a U.S. District Court judge; (ii) any right to a jury trial in this or any related case, controversy or proceeding; (iii) any right to have the reference withdrawn by the U.S. District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, in law or equity, all of which are expressly reserved.

Dated:  January 22, 2018

                                                 */s/ Matthew J. Ochs*  
                                                 Matthew J. Ochs  
                                                 HOLLAND & HART LLP  
                                                 555 Seventeenth Street, Suite 3200  
                                                 P.O. Box 8749  
                                                 Denver, CO  80201-8749  
                                                 Telephone: (303) 295-8299  
                                                 Facsimile: (303) 416-8951  
                                                 Email: mjochs@hollandhart.com

                                               *Attorneys for AtlasBanc Holdings Corporation*

## CERTIFICATE OF SERVICE

I certify that on January 22, 2018, I served a copy of the foregoing *Entry of Appearance, Request for Notice and Reservation of Rights* to the following by:

☐ U.S. Mail, postage prepaid
☐ Hand Delivery
☐ Fax
☒ ECF Electronic Service

Donald D. Allen – dallen@markuswilliams.com
Martin Beeler – mbeeler@cov.com
Ronald Alexander Clark, Jr. – aclark@cov.com
Caroline C. Fuller – cfuller@fwlaw.com
Andrew Thomas Gillespie – andrew.gillespie@haynesboone.com
Patrick L. Hughes – Patrick.Hughes@haynesboone.com
James T. Markus – jmarkus@markuswilliams.com
Alan K. Motes – Alan.Motes@usdoj.gov
Steven T Mulligan – smulligan@jacksonkelly.com
Matthew S. Rork – mrork@fwlaw.com

　　　　　　　　　　　　　　　　　　　　*/s/Matthew J. Ochs*

10611716_1