### UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

---

## *Minute Order*

---

| | |
|---|---|
| Date: January 23, 2018 | **Honorable Elizabeth E. Brown, Presiding** |
| | Ruth S. Mares, Law Clerk |

---

| | |
|---|---|
| In re:    Colorado National Bancorp, | Case. No. 17-20315 EEB |
| | Chapter 11 |
| Debtor. | |

---

| Counsel | Appearances | Representing | |
|---|---|---|---|
| Counsel | | Trustee | |
| Counsel | Steven Mulligan | Debtor(s) | Scott Jackson, CEO |
| Counsel | Patrick Hughes, Martin Beeler | Interested Party | Marks Moskvins, Maksims Jarosevskis |
| Counsel | James Markus, Donald Allen, Christian Otteson | Creditor | Unsecured Creditors' Committee |
| Counsel | | Creditor | |
| Counsel | Risa Wolf-Smith | Interested Party | Atlasbanc Holdings |
| Counsel | | Creditor | |
| Counsel | | Creditor | |

---

Proceedings**:  Continued Hearing on the Debtor's Motion to Establish Bidding Procedures and Objection Thereto by the Unsecured Creditors' Committee; Creditors' Committee's Motion to Continue Hearing**

---

Orders:

☒  The Creditors' Committee's motion to continue is granted to the following extent: the Court will hold an evidentiary hearing on the Debtor's Motion to Establish Bidding Procedures and the Objection by the Unsecured Creditors' Committee on **Friday February 23, 2018, at 9:30 a.m.,** in Courtroom F, U.S. Bankruptcy Court, 721 19th Street, Denver, CO 80202.  The hearing will be limited to the issue of the Debtor's business judgment in selecting Mr. Moskvins' and Mr. Jarosevskis' bid as the stalking horse bid.

☒  **On or before February 20, 2018**, the parties shall:

    a.  Exchange pre-marked exhibits with one another.  Plaintiff/Movant shall use numbers. Defendant/Respondent shall use letters.  For every exhibit exceeding ten (10) pages in length, the party shall sequentially number each page of that exhibit at the bottom of the page.  *Do not file the exhibits with the Court*.

    b.  File with the Court and serve on opposing party(parties) a List of Witnesses and Exhibits, substantially in the form of Attachment A.

  **At the hearing,** each party shall:

    a.  Deliver to the Court three sets of the party's exhibits.  One copy is for the judge, one is for the law clerk, and one is for the witness.  Each set shall be placed into a three-

ring binder, with tabs that indicate the appropriate exhibit letter/number. Tabs must extend past the side of the paper so that the witness and the Court may easily locate each exhibit. The first page of each binder shall include an index in the form of Attachment 1 to this Order.

b. Present testimony through witnesses who are present in the courtroom. No testimony will be allowed by telephone or declaration. If a witness is unavailable for trial and his or her testimony has been preserved through deposition transcripts or video depositions, then this fact should be identified in the List of Witnesses and Exhibits.

**After the hearing,** the parties shall retain custody of their own exhibits in accordance with Local Bankruptcy Rule 9070-1(a)(3).

---

Date: January 23, 2018

BY THE COURT:

_____
Elizabeth E. Brown, U.S. Bankruptcy Judge

**ATTACHMENT A**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re: | Bankruptcy Case No. @ EEB |
| @, | Chapter @ |
| Debtor. | |

(Double Caption if Necessary)
**(Party Name)'s LIST OF WITNESSES AND EXHIBITS**

_____ ("Party") , through undersigned counsel, hereby designates the following witnesses and exhibits for the trial/hearing on _____, at ___ __. m. in Courtroom F before the Honorable Elizabeth E. Brown.

**WITNESSES**

Party **will** call the following witnesses:

1.  _____, to testify regarding:
    _____
    _____

1.  _____, as an adverse witness.


Party **may** call the following witnesses:

1.  _____, to testify regarding _____.

2.  _____, to testify regarding _____.

**EXHIBITS**

Party intends to introduce as exhibits at trial those exhibits enumerated in Attachment 1, attached hereto and incorporated herein.

Dated:_____

FIRM NAME

By:_____
      John A. Attorney, #0000
      Street Address
      City, State, Zip
      Telephone Number
      Facsimile Number
*Attorney for*_____

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that a true and correct copy of the foregoing _____**'s List of Witnesses and Exhibits** was served upon the following by depositing same in the U.S. Mail, first class postage prepaid, this _____ day of _____, _____:

_____

**ATTACHMENT B**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

In re: _____
Chapter _____, Case Number _____ EEB
(or Adversary Proceeding No._____)

EXHIBITS FOR HEARING

Submitted by:   (Name of Party)
In connection with: (date and nature of hearing or date of trial)
          Example: 12/31/00 Motion for Relief from Stay or 12/31/00 Trial

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---------|-------------|------------------|-------------------|---------------------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |