# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In re:

COLORADO NATIONAL BANCORP,
EIN: 27-0847337

    Debtor.

Case No. 17-20315 EEB

Chapter 11

## CERTIFICATE OF SERVICE

1.    The undersigned hereby certifies that on May 10, 2018, a copy of the First Amended Disclosure Statement for First Amended Plan of Reorganization Dated May 10, 2018 [Dkt. No. 226], and the First Amended Plan of Reorganization Dated May 10, 2018 [Dkt. No. 225], were served on the following parties in interest:

| | |
|---|---|
| Alan K. Motes<br>1961 Stout St., Ste. 12-200<br>Denver, CO  80294-6004 | Patrick L. Hughes<br>Haynes and Boone, LLP<br>1050 17th Street, Ste. 1800<br>Denver, CO  80265 |
| Martin Beeler<br>620 8th Ave.<br>New York, NY  10018 | James T. Markus<br>Donald D. Allen<br>Markus Williams Young & Zimmerman<br>1700 Lincoln St., Suite 4550<br>Denver, CO  80203 |
| US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St., Ste. 12-200<br>Denver, CO  80294-6004 | Lars H. Fuller<br>1801 California St., Ste. 4400<br>Denver, CO  80202 |
| Shelly Lee<br>Federal Reserve Bank of Kansas City<br>Denver Branch<br>1020 16th Street<br>Denver, CO  80202 | Louis Gittleman<br>Director for District Licensing<br>Office of the Comptroller of the<br>  Currency Western District<br>1225 17th Street, Suite 300<br>Denver, CO  80202 |

| | |
|---|---|
| David W. Finnegan<br>Senior Licensing Analyst and National Bank Examine<br>Office of the Comptroller of the Currency<br>Western District<br>1225 17th Street, Suite 300<br>Denver, CO  80202 | Internal Revenue Service<br>Attn: Rosalinda Cabral<br>1999 Broadway<br>M/S 5012DEN<br>Denver, CO  80202-3025 |
| City and County of Denver/Treasury<br>Attn: Jennifer Maldonado<br>201 W Colfax Ave., Dept. 1001<br>Denver, CO  80202 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 |
| Commissioner of Securities<br>State of Colorado<br>Department of Regulatory Agencies<br>Division of Securities<br>1560 Broadway, Suite 900<br>Denver, CO 80202 | U.S. Securities and Exchange Commission<br>1961 Stout Street, Suite 1700<br>Denver, CO 80294-1961 |
| U.S. Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 | Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd., Ste. 900<br>Chicago, IL 60604-2815 |

2. In addition, the undersigned hereby certifies that on May 10, 2018, a copy of Notice of Hearing on Adequacy of Disclosure Statement, filed on May 10, 2018 [Dkt. No. 227] was served on the parties listed above, as well as all creditors listed on the attached pages.

Dated:  May 10, 2018.            JACKSON KELLY PLLC

By: */s/ Steven T. Mulligan*
    Steven T. Mulligan, #19901
    Benjamin J. Ross, #49370
1099 18th Street, Suite 2150
Denver, CO 80202
Tel:  (303) 390-0003; Fax:  (303) 390-0177
smulligan@jacksonkelly.com
bross@jacksonkelly.com

Counsel for Debtor

4843-4403-9269.v1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 17-20315-EEB<br>District of Colorado<br>Denver<br>Thu May 10 11:21:14 MDT 2018 | ADP TotalSource, Inc. client services<br>1851 N Resler Drive MS-100<br>El Paso, TX 79912-8023 | Accutech Systems Corporation - - regula<br>2620 N Accutech Way<br>Muncie, IN 47304-9462 |
| Ajay and Kristina C Menon<br>1609 Fantail Ct.<br>Fort Collins, CO 80528-6399 | Albert F. Hummel<br>PO Box 3407<br>Rancho Santa Fe, CA 92067-3407 | Donald D. Allen<br>1700 Lincoln St.<br>Ste. 4550<br>Denver, CO 80203-4509 |
| American Bankers Association - membershi<br>P O Box 79152<br>Baltimore, MD 21279-0152 | Anthony R. Mayer<br>8001 S. Interport Bvld<br>Englewood, CO 80112-5906 | Martin Beeler<br>620 8th Ave.<br>New Youk, NY 10018-1618 |
| Brian Devlin IRA<br>1300 Elder Avenue<br>Boulder, CO 80304-2626 | Brinkerhoff Enterprises, Ltd.<br>1600 Broadway Suite 1430<br>Denver, CO 80202-4908 | Bryan Hillary Burg<br>Siebman, Burg, Phillips & Smith, LL<br>4949 Hedgcoxe, Suite 230<br>Plano, TX 75024-3934 |
| CBP, JV<br>2911 Turtle Creek Bvld. Suite 1240<br>Dallas, TX 75219-6277 | CRTT Holdings, LLC<br>Attn Robert Ekback<br>10634 Sundial Rim Road<br>Highlands Ranch, CO 80126-5650 | Captiva Ventures, LLC<br>1775 Sherman St. Suite 1350<br>Denver, CO 80203-4333 |
| Carter Dammen<br>16431 Wild Plum Circle<br>Morrison, CO 80465-2113 | Century Link, Inc. utility<br>P O Box 91155<br>Seattle, WA 98111-9255 | Stanley Chao<br>c/o Fairfield and Woods<br>1801 California Street, Suite 2600<br>Denver, CO 80202-2645 |
| Charles Burger<br>1700 Lincoln Street #2150<br>Denver, CO 80203-4500 | Charles J. Burger<br>2251 Golfview Way<br>Steamboat Springs, CO 80487-3169 | Charles J. and Darby Burger<br>1700 Lincoln Street, Suite 2150<br>Denver, CO 80203-4500 |
| Chubb Group Holdings, Inc. insurance<br>P O Box 382001<br>Philadelphia, PA 15250-8001 | City and County of Denver/Treasury<br>201 W Colfax Ave<br>Department 1001<br>Attn: Jennifer Maldonado<br>Denver, CO 80202-5332 | Ronald Alexander Clark Jr.<br>620 8th Avenue<br>New York, NY 10018-1618 |
| Colorado Department Of Revenue<br>1375 Sherman St.<br>Room 504<br>Attention Bankruptcy Unit<br>Denver CO 80261-3000 | Colorado National Bancorp<br>700 17th Street, Suite 100<br>Denver, CO 80202-3507 | Compass Island Investment Opportunities<br>712 Fifth Ave. 12th Floor<br>New York, NY 10019-4154 |
| Cooperstein Analytics, LLC<br>140 W 86th St 9A<br>New York, NY 10024-4079 | Corporation Service Company CSC - regi<br>P O Box 13397<br>Philadelphia, PA 19101-3397 | Cradle Cove Investment Opportunities Fun<br>712 Fifth Ave. 12th Floor<br>New York, NY 10019-4154 |

| | | |
|---|---|---|
| Curt Thompson<br>2525 Village Dr.<br>Steamboat Springs, CO 80487-2134 | Curtis J. Thompson<br>PO Box 776143<br>Steamboat Springs, CO 80477-6143 | David L. & Elizabeth Marr<br>4162 Sand Hill Lane<br>Highlands Ranch, CO 80126-5228 |
| Delaware Secretary of State - Division o<br>P O Box 5509<br>Binghamton, NY 13902-5509 | Jeffrey A. Desich<br>225 Burns Road<br>Westlake, OH 44145 | Richard A. Desich<br>1 Equity Way<br>Westlake, OH 44145-1050 |
| Diane Cousins<br>540 Columbine Ave<br>Broomfield, CO 80020-6067 | Donald A. Yale<br>495 Cook St.<br>Denver, CO 80206-4424 | Eugene Weil, Trustee<br>50 East 10th Street, Apt 5E<br>New York, NY 10003-6224 |
| FBO Guy Gibson IRA<br>C/O Guy Gibson<br>3070 N. Lakeridge Trail<br>Boulder, CO 80302-9349 | Frederick R. Mayer & Jan Perry Mayer Irr<br>PO BOX 5272<br>Denver, CO 80217-5272 | Caroline C. Fuller<br>1801 California St.<br>Ste. 2600<br>Denver, CO 80202-2645 |
| Lars H. Fuller<br>1801 California St.<br>Ste. 4400<br>Denver, CO 80202-2662 | Andrew T. Gillespie<br>1050 17th Street, Ste. 1800<br>Denver, CO 80265-1801 | Global Mobile, LLC<br>101 High Street<br>Denver, CO 80218-4017 |
| Gordon Yale<br>725 Newport St.<br>Denver, CO 80220-5507 | Greg Greene<br>2911 Turtle Creek Bvld. Suite 1240<br>Dallas, TX 75219-6277 | Guy G. Gibson<br>3070 N. Lakeridge Tr.<br>Boulder, CO 80302-9349 |
| Guy Gibson IRA<br>3070 N. Lakeridge Tr.<br>Boulder, CO 80302-9349 | Patrick L. Hughes<br>1050 17th Street<br>Ste. 1800<br>Denver, CO 80265-1801 | IRA Plus Southwest LLC FBO Gregory S. Ru<br>3025 Commerce St.<br>Dallas, TX 75226-1627 |
| IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Irrev Trust of Frederick Miller Mayer &<br>PO BOX 5272<br>Denver, CO 80217-5272 | JHM Enterprises<br>6783 So. Yates Ct.<br>Littleton, CO 80128-6457 |
| Jack Henry & Associates, Inc.<br>P O Box 609<br>Monett, MO 65708-0609 | James B. Haden<br>434 Dahlia St.<br>Denver, CO 80220-5106 | James R. Feehan<br>191 South Quince St.<br>Denver, CO 80230-6999 |
| Jeffrey A Desich<br>12521 Cypress Island Way<br>Wellington, FL 33414-7099 | Jeffrey Desich<br>1210 Sunnyville Drive<br>West Palm Beach, FL 33414 | Jennifer Renee Young<br>1964 Hacienda Heights Lane<br>Frisco, TX 75034-6592 |

| | | |
|---|---|---|
| John Horan & Andrea Horan<br>6170 E Quincy Ave.<br>Cherry Hills Village, CO 80111-1002 | John R. Sprengle Trust<br>PO Box 770008<br>Steamboat Springs, CO 80477-0008 | John Sprengle<br>1727 Sunset Ridge Rd.<br>Highlands Ranch, CO 80126-2645 |
| John and Laurel Nelligan<br>23 Ronsard<br>Newport Coast, CA 92657-0114 | Julie Devlin IRA<br>1300 Elder Avenue<br>Boulder, CO 80304-2626 | Kathleen Hagan Brown<br>3030 E. Illif<br>Denver, CO 80210-5509 |
| Keenen Dammen<br>178 Strong Island Road<br>Chatham, MA 02633-1437 | Kelly Doll<br>345 San Juan Drive<br>Ponte Verde, FL 32082-1819 | Thomas M. Kim<br>R2 Advisors, LLC<br>1350 17th St.<br>Suite 206<br>Denver, CO 80202-1525 |
| Kristen Dammen<br>178 Strong Island Road<br>Chatham, MA 02633-1437 | Kylemar, LLLP<br>3005 Rosedale Ave<br>Dallas, TX 75205-1451 | Lewan & Associates, Inc.  office equipme<br>P O Box 912728<br>Denver, CO 80291-2728 |
| Liberty Tr. Co., Cust. fbo Gregory Rumsey IR<br>2708 Bluewood Trail<br>Flower Mound, TX 75022-5296 | Mark Haden<br>434 Dahlia St.<br>Denver, CO 80220-5106 | James T. Markus<br>1700 Lincoln St.<br>Ste. 4550<br>Denver, CO 80203-4509 |
| Alan K. Motes<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Mountain West Series of Lockton Corp. LL<br>Dept 999226<br>P O Box 173850<br>Denver, CO 80217-3850 | Steven T Mulligan<br>1099 18th St.<br>Ste. 2150<br>Denver, CO 80202-1958 |
| Nelson Cole<br>P.O Box 1323<br>Kremmling, CO 80459-1323 | Nelson Cole IRA<br>P.O Box 1323<br>Kremmling, CO 80459-1323 | Nelson Cole Roth IRA<br>P.O Box 1323<br>Kremmling, CO 80459-1323 |
| Nicholas Filla<br>700 17th St. Suite 100<br>Denver, CO 80202-3507 | Matthew J. Ochs<br>555 17th St.<br>Ste., 3200<br>Denver, CO 80202-3921 | Patrick S. Wallace<br>2525 Stemmons Freeway<br>Dallas, TX 75207-2401 |
| Pricewaterhouse Coopers, LLP<br>P O Box 75647<br>Chicago, IL 60675-5647 | Resource Financial Institutions Group, Inc<br>712 Fifth Avenue<br>12th Floor<br>New York, NY 10019-4154 | Retama, LLLP<br>1600 Broadway Suite 1430<br>Denver, CO 80202-4908 |
| Richard A Desich<br>12521 Cypress Island Way<br>Wellington, FL 33414-7099 | Richard Desich<br>12502 World Cup Lane<br>West Palm Beach, FL 33414-3502 | Matthew S. Rork<br>1801 California St.<br>Ste. 2600<br>Denver, CO 80202-2645 |

| | | |
|---|---|---|
| Scot Holding, Inc.<br>110 Mesa Park Drive Suite 100<br>El Paso, TX 79912-6181 | Scott A. Vanderhooven<br>1820 S. 143RD E<br>Wichita, KS 67230-9721 | Scott Jackson<br>101 High Street<br>Denver, CO 80218-4017 |
| Scott L. Gesell<br>2923 E. 134th Street<br>Bixby, OK 74008-3680 | Securities and Exchange Commission<br>Central Regional Office<br>1961 Stout St.<br>Ste. 1700<br>Denver CO 80294-1700 | Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 |
| Sherron G. Perry<br>9525 King St.<br>Anchorage, AK 99515-1817 | TIG Bancorp<br>73 South Tamarron Drive<br>Suite 865<br>Durango, CO 81301-7975 | The John & Karen Sprengle Trust<br>1727 Sunset Ridge Rd.<br>Highlands Ranch, CO 80126-2645 |
| Thomas A. Gesell<br>2620 G St. South<br>South Sioux City, NE 68776-3332 | Tim Baxter<br>2281 Vantage Street<br>Dallas, TX 75207-6101 | US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 |
| Wilblairco II, LLC<br>222 West Adams St.<br>Chicago, IL 60606-5312 | Risa Lynn Wolf-Smith<br>555 17th St.<br>Ste. 3200<br>Denver, CO 80202-3921 | ZKB Properties, LLC<br>1600 Broadway Suite 1430<br>Denver, CO 80202-4908 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AtlasBanc Holdings Corporation | (d)Diane Cousins<br>540 Columbine Ave.<br>Broomfield, CO 80020-6067 | (u)Eide Bailly LLP |
| (u)Jackson Kelly PLLC | (u)Maksims Jarosevskis | (u)Markus Williams Young & Zimmermann LLC |
| (u)Marks Moskvins | (u)Raymond Natter<br>Barnett, Sivon & Natter P.C. | (u)Official Committee of Unsecured Creditors |
| (u)SIA Transact Pro | (u)Shapiro Bieging Barber Otteson LLP | (u)Vining Sparks Community Bank Advisory Grou |

End of Label Matrix
Mailable recipients    104
Bypassed recipients     12
Total                  116

| | | |
|---|---|---|
| ALBERT A. RAYLE III IRA ROLLOVER<br>3302 West Andrews Drive<br>Atlanta, GA 30305 | ANDREW YALE<br>495 Cook St.<br>Denver, CO 80206 | BERE NEAS<br>10391 Tennyson Court<br>Westminster, CO 80031 |
| BLUE EAGLE, LLC<br>310 Eudora St.<br>Denver, CO 80220 | BRAD BUSSE<br>3000 Ohm Way<br>Denver, CO 80209 | BRADLEY J. SHIPMAN<br>291 Monroe St.<br>Denver, CO 80206 |
| BRANDON MAY<br>1184 S. Vine St.<br>Denver, CO 80210 | BRETT A. ROWLAND<br>415 E 54th St., Apartment 5F<br>New York, NY 10022 | CASEY D. MILES<br>2705 Grand Ave.<br>Jacksonville, FL 32210 |
| CENTRAL WYOMING UROLOGICAL ASSOCIATES<br>NPO BOX 880429<br>Steamboat Springs, CO 80488 | COLEEN SUE FRENS-ROSSMAN<br>481 Corona St.<br>Denver, CO 80209 | DAVID P. TUTTLE<br>74 Dogwood Lane<br>New Canaan, CT 6840 |
| DB HOLDINGS (NEW YORK), INC<br>60 Wall Street<br>New York, NY 10005 | DONALD A. YALE<br>495 Cook St.<br>Denver, CO 80206 | DUSTIN HERMAN<br>633 Seventeenth Street, Suite 2000<br>Denver, CO 80202 |
| ECKO RESOURCES, LLC<br>2525 Stemmons Freeway<br>Dallas, TX 75207 | FBO COLEEN SUE FRENS-ROSSMAN<br>NTC & CO FBO<br>481 S Corona St.<br>Denver, CO 80209 | FOUR WINDS ENTERPRISES, LTD<br>8080 N Central Expressway, Suite 780B<br>Dallas, TX 75206 |
| FVP MASTERFUND, LP<br>551 Fifth Ave., 36th Floor<br>New York, NY 10176 | GORDAN YALE & JENNIFER CARVER<br>as TENANTS IN COMMON<br>725 Newport St.<br>Denver, CO 80220 | ILYA POLYAKOV<br>37 Boss House, 2 Boss Street SE1 2PS<br>London, UK 0 |
| J ANDREW MARSHALL<br>6854 Lewis Court<br>Littleton, CO 80127 | JACQUES DE SAINT PHALLE<br>919 Third Ave.<br>New York, NY 10022 | JAMES C. DOUGHAN<br>401 City Avenue<br>Bala Cynwyd, PA 19004 |
| JOHN K. SCHULTZ<br>9565 Silent Hills Lane<br>Lone Tree, CO 80124 | JOHN T. BAXTER<br>2281 Vantage Road<br>Dallas, TX 75207 | KATHRYNN ANN RINN<br>201 Bradford Dr.<br>Milford, OH 45150 |

842-7745-4677.v1

KEENEN WYN DAMMEN REVOCABLE TRUST
178 Strong Island Road
Chatham, MA 0

LEE & JANET ANDERBERY
5120 Jade Court
Lincoln, NE 68516

LIBERTY HARBOR TC MASTER PARTNERSHIP, LP
GSAM Liberty Harbor 1 American Lane
Greenwich, CT 6831

MARCI LYNN RIVERA
851 S. High Street
Denver, CO 80209

MARGARET A. AUSTIN
4510 Steeley Avenue
Downers Grove, IL 60515

MARGARETA S. SUDBRINK REVOCABLE TRUST
3900 Ocean Drive Apartment
Lauderdale-By-Sea, FL 33308

MATTHEW G. LAMB
35866 Whispering Pine CT.
Elizabeth, CO 80107

MATTHEW H. BRIGER
8 Sunrise Drive
Cherry Hills, CO 80113

MAUREEN STACKHOUSE
6873 Parker Creek Place
Frisco, TX 75034

MICHAEL O'NEILL
7415 Highland Drive
Lakewood, CO 80214

MILE HIGH WESTERN SOUTH, LLC
65 EAST 55TH STREET, 30th Floor
New York, NY 10022

MILE HIGH WESTERN, LLC
65 EAST 55th Street, 30th Floor
New York, NY 10022

NTC & CO TENISE HOMAN
850 S Franklin St.
Denver, CO 80209

PALMETTO CREDIT FUND, LP
GSAM Liberty Harbor 1 American Lane
Greenwich, CT 6831

RACHEL PLENCNER
45 Ogden Street, Unit 52
Denver, CO 80218

ROBERT HOFFMAN
1887 Deer Park Circles
Grand Junction, CO 0

SHELDON M. MILES
2705 Grand Ave.
Jacksonville, FL 32210

SOPHIA SYMKO
347 S. Race St.
Denver, CO 80209

SPARKS FAMILY INVESTMENTS LLC
64 Parade Hill Lane
New Canaan, CT 6840

STEVE MEYER
685 Crest Court
Grand Junction, CO 81506

STEVEN ROSDAL
291 Monroe Street
Denver, CO 80206

SUSIE M. COHEN
157 Fiesta Way
Fort Lauderdale, FL 33301

TARA ANNE LEBERMAN
45 Ogden Street, Unit 52
Denver, CO 80218

TENSIE HOMAN
850 S Franklin St.
Denver, CO 80209

THE JONES FOUNDATION, LLC
C/o Arlington Trust Company 2000 Morris Ave, Suite 1210
Birmingham, AL 65203

TIMOTHY DUMLER
4701 Delaware Drive
Larkspur, CO 80118

842-7745-4677.v1