```
                         United States Bankruptcy Court
                              District of Colorado
In re:                                                          Case No. 17-20315-EEB
Colorado National Bancorp                                       Chapter 11
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: swansonj              Page 1 of 2           Date Rcvd: May 08, 2018
                              Form ID: pdf904             Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2018.
db             +Colorado National Bancorp,    700 17th Street, Suite 100,   Denver, CO 80202-3507
cr             +Resource Financial Institutions Group, Inc,    712 Fifth Avenue,   12th Floor,
                 New York, NY 10019-4154
intp           +Stanley Chao,   c/o Fairfield and Woods,    1801 California Street, Suite 2600,
                 Denver, CO 80202-2645
intp           +TIG Bancorp,   73 South Tamarron Drive,    Suite 865,   Durango, CO 81301-7975
ex             +Thomas M. Kim,   R2 Advisors, LLC,    1350 17th St.,   Suite 206,   Denver, CO 80202-1525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2018 at the address(es) listed below:
              Alan K. Motes    on behalf of U.S. Trustee    US Trustee Alan.Motes@usdoj.gov
              Andrew T. Gillespie    on behalf of Interested Party    SIA Transact Pro
               andrew.gillespie@haynesboone.com
              Andrew T. Gillespie    on behalf of Interested Party Maksims   Jarosevskis
               andrew.gillespie@haynesboone.com
              Andrew T. Gillespie    on behalf of Interested Party Marks   Moskvins
               andrew.gillespie@haynesboone.com
              Caroline C. Fuller    on behalf of Interested Party Stanley   Chao cfuller@fwlaw.com,
               jtokuoka@fwlaw.com
              Donald D. Allen    on behalf of Creditor    Official Committee of Unsecured Creditors
               dallen@markuswilliams.com,    docket@markuswilliams.com;sschaefer@markuswilliams.com
              James T. Markus    on behalf of Creditor    Official Committee of Unsecured Creditors
               jmarkus@markuswilliams.com,    docket@markuswilliams.com;sschaefer@markuswilliams.com
              Lars H. Fuller    on behalf of Interested Party Richard A. Desich lfuller@bakerlaw.com,
               lfking@bakerlaw.com;sbeer@bakerlaw.com;sbliss@bakerlaw.com
              Lars H. Fuller    on behalf of Interested Party Jeffrey A. Desich lfuller@bakerlaw.com,
               lfking@bakerlaw.com;sbeer@bakerlaw.com;sbliss@bakerlaw.com
              Martin   Beeler    on behalf of Interested Party Marks   Moskvins mbeeler@cov.com
              Martin   Beeler    on behalf of Interested Party Maksims   Jarosevskis mbeeler@cov.com
              Matthew J. Ochs    on behalf of Creditor    AtlasBanc Holdings Corporation mjochs@hollandhart.com,
               acmurray@hollandhart.com
              Matthew S. Rork    on behalf of Interested Party Stanley   Chao mrork@fwlaw.com,
               jtokuoka@fwlaw.com;tespinoza@fwlaw.com
              Patrick L. Hughes    on behalf of Interested Party Maksims   Jarosevskis
               Patrick.Hughes@haynesboone.com,    parkerl@haynesboone.com
              Patrick L. Hughes    on behalf of Interested Party Marks   Moskvins Patrick.Hughes@haynesboone.com,
               parkerl@haynesboone.com
              Patrick L. Hughes    on behalf of Interested Party    SIA Transact Pro
               Patrick.Hughes@haynesboone.com,    parkerl@haynesboone.com
              Risa Lynn Wolf-Smith    on behalf of Creditor    AtlasBanc Holdings Corporation
               RWolf@hollandhart.com,    lmlopezvelasquez@Hollandhart.com
              Ronald Alexander Clark, Jr.    on behalf of Interested Party Maksims   Jarosevskis aclark@cov.com,
               rclark08@gmail.com
              Ronald Alexander Clark, Jr.    on behalf of Interested Party Marks   Moskvins aclark@cov.com,
               rclark08@gmail.com
```

```
District/off: 1082-1          User: swansonj              Page 2 of 2              Date Rcvd: May 08, 2018
                              Form ID: pdf904             Total Noticed: 5


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Steven T Mulligan    on behalf of Debtor   Colorado National Bancorp smulligan@jacksonkelly.com,
               jadelay@jacksonkelly.com;AMaher@jacksonkelly.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 21
```

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>COLORADO NATIONAL BANCORP,<br><br>Debtor. | Bankruptcy Case No. 17-20315 EEB<br>Chapter 11 |

### ORDER FOR HEARING ON DISCLOSURE STATEMENT

THIS MATTER comes before the Court on the Disclosure Statement and Plan under Chapter 11 of the Bankruptcy Code filed by the Debtor on May 7, 2018. It is ordered and notice is hereby given that:

1. The hearing to consider the adequacy of and to approve the Disclosure Statement will be held at **3:00 p.m. on Thursday, June 21, 2018, in Courtroom F**, United States Bankruptcy Court for the District of Colorado, United States Custom House, 721 19th Street, Denver, Colorado.

2. Objections to the Disclosure Statement shall be filed and served in the manner specified in Local Bankruptcy Rule 3017-1 and Fed .R. Bankr. P. 3017(d), not less than 14 days prior to the date of said hearing.

3. The Plan Proponent shall promptly and, in any event, not less than 42 days prior to the date of said hearing,

    a. mail notice of said hearing and objection deadline, in the form attached hereto, to all creditors and indenture trustees, all equity security holders, and other parties in interest; and,

    b. mail a copy of the Plan, the Disclosure Statement, and notice of hearing to the U.S. Trustee, counsel for the Creditors' Committee (or if there is no counsel, to the Committee Chairperson), the Trustee in the case, if any, and if the Debtor is not the Proponent of the Plan, to the Debtor and Debtor's counsel, and to applicable regulatory authorities, including without limitation, the Securities and Exchange Commission and the Commissioner of Securities for the State of Colorado (all at their addresses of record as specified by Fed.R.Bankr.P. 2002(g)).

4. The Plan Proponent shall also file with the Court, at least 14 days prior to said hearing, a certificate of mailing of said Notice, Plan, and Disclosure Statement as ordered.

5. Upon request of interested parties, the Plan Proponent will promptly provide copies of the Plan and Disclosure Statement.

DATED this 8th day of May, 2018

BY THE COURT:

Elizabeth E. Brown, Bankruptcy Judge

[Form of Notice to be given by Plan Proponent]

INSERT CAPTION

# NOTICE OF HEARING ON ADEQUACY OF DISCLOSURE STATEMENT @AND NOTICE OF BAR DATE FOR CREDITOR CLAIMS

TO THE DEBTOR(S), ITS CREDITORS, EQUITY HOLDERS, AND OTHER PARTIES-IN-INTEREST:

    NOTICE IS HEREBY GIVEN that a Disclosure Statement was filed by _____. Pursuant to Order of the Court, a hearing will be held on the adequacy of such Disclosure Statement on _____, _____ at _____ __.m. in Courtroom __, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202-2508.

    Pursuant to Local Bankruptcy Rule 3017-1, any objections to the Disclosure Statement shall be made in writing and the original of the objection shall be filed with the Court and a copy served on the attorney for the proponent of the Plan, the Debtor(s), and counsel for Debtor(s), the United States Trustee, and the Trustee, if any, counsel for the Creditors' Committee (or when there is no counsel, to the Committee Chairperson), applicable regulatory agencies, including without limitation, the Securities and Exchange Commission and the Commissioner of Securities of the State of Colorado not less than 14 days prior to the hearing on the adequacy of the Disclosure Statement. Objections shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any, and references to the particular portions of the statement to which objections are made. General objections will not be considered by the Court.

    The Disclosure Statement is available for public inspection from 8:00 a.m. to 4:30 p.m. during any regular business day in the Clerk's Office of the U.S. Bankruptcy Court for the District of Colorado, U.S. Custom House, 721 19th Street, Denver, Colorado 80202-2508. Any interested party who desires a copy of the Disclosure Statement or Plan may submit such request to the proponent of the Disclosure Statement or Plan at the address stated below, with a copy of that request to the Clerk of the Bankruptcy Court. The proponent shall promptly provide the requested copy.

    The hearing may be continued from time to time by Order made in Open Court without further written notice to creditors.

DATED: _____        PLAN PROPONENT:

                                      _____
                                      _____
                                      _____