### GORDON YALE

725 Newport Street
Denver, Colorado 80220

FILED
KENNETH S. GARDNER

2018 MAY 16   PM 12:46

May 14, 2018

Steven T. Mulligan
Jackson Kelly PLLC
1099 18th Street
Suite 2150
Denver, Colorado 80202

**Re:     Colorado National Bancorp**

Dear Mr. Mulligan:

As provided in the Notice of Hearing on Adequacy of Disclosure Statement, please forward to me a copy of the Disclosure Statement for Colorado National Bancorp to the address on this letterhead.

Sincerely

Gordon Yale

GY:  mm

cc:     Clerk of the Bankruptcy Court for the District of Colorado