IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>COLORADO NATIONAL BANCORP,<br>EIN:  27-0847337<br><br>Debtor. | Chapter 11<br><br>Case No. 17-20315 EEB |

## SUMMARY REPORT OF BALLOTS RECEIVED

Colorado National Bancorp (the "Debtor"), by its counsel, Jackson Kelly PLLC, as proponents of the Second Amended Plan of Reorganization of Colorado National Bancorp Dated June 28, 2018 (the "Plan"), submits the following Summary Report of Ballots Received:

    1.    Class 1; Unsecured Claims; Impaired.  Class 1 accepted the Plan.  The Debtor received thirty-four (34) ballots representing $6,024,453.24 in Allowed Claims.  The Debtor provides the following information with respect to the received ballots:

        a.    All ballots the Debtor received voted to accept the Plan.

        b.    Two Holders of Claims submitted two ballots; one for each of their Claims.  As provided for in Section I B 3, the ballots were aggregated and counted as one vote.

        c.    Five of the ballots received were from insiders representing $511,449.52 in Allowed Claims.

        d.    One ballot failed to insert the amount and the Debtor has included the amount that the Debtor scheduled for such creditor.  Further, the ballot was signed by the beneficiary of an IRA rather than the trustee of the IRA.

        e.    Two ballots were cast by Trusts of which an insider is the beneficiary representing an amount of $123,857.01.

        f.    The Creditors' Committee has filed an omnibus objection to claims [Dkt. No. 267] which, if sustained, would reduce the total dollar amount of Allowed Claims voting to accept the Plan by $71,520.44.

    2.    Class 2; Common Stock Interest; Impaired.  One ballot accepting the Plan was received from a Holder of an Allowed Claim in Class 2 (Margaret A. Austin).  The Plan provides that Class 2 was deemed to have rejected the Plan since Class 2 does not receive anything under the Plan.

    3.    Attached as **Exhibit A** is a spreadsheet showing the ballots obtained and counted by Debtor.  Attached as **Exhibit B** are copies of the ballots.

4839-1357-5535.v1

DATED: August 7, 2018.

                        JACKSON KELLY PLLC

                        By: /s/ Steven T. Mulligan
                            Steven T. Mulligan, #19901
                            Benjamin J. Ross, #49370
                        1099 18th Street, Suite 2150
                        Denver, CO 80202
                        Telephone: (303) 390-0003
                        Facsimile: (303) 390-0177
                        smulligan@jacksonkelly.com
                        bross@jacksonkelly.com

                        Attorneys for Debtor