# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | |
| COLORADO NATIONAL BANCORP, EIN: 27-0847337 | Chapter 11<br><br>Case No. 17-20315 EEB |
| Debtor. | |

## NOTICE OF CLOSING OF SALE OF ASSETS

PLEASE TAKE NOTICE:

On August 20, 2018, the closing of the sale of 100% of the common stock (the "Equity Interest") of Colorado National Bancorp's (the "Debtor") non-debtor subsidiary Colorado National Bank pursuant to sections 363 and 365 of the Bankruptcy Code occurred. The sale was authorized by the Order Pursuant to U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004, 6006 and 9014, and Local Rule 6004-1 (I) Approving the Sale of the Debtor's Equity Interest in Nondebtor Subsidiary; (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases Related to the Equity Interests; (III) Authorizing Consummation of Sale Transaction; and (IV) Granting Related Relief (the "Order") [Dkt. No. 214]. The purchasers were Marks Moskvins and Maksims Jarosveskis and the purchase price was $8,965,268.00 which has been received by the Debtor.

DATED: August 21, 2018.

JACKSON KELLY PLLC

By: */s/ Steven T. Mulligan*
    Steven T. Mulligan, #19901
    Benjamin J. Ross, #49370
1099 18th Street, Suite 2150
Denver, CO 80202
Tel: (303) 390-0003
Fax: (303) 390-0177
smulligan@jacksonkelly.com
bross@jacksonkelly.com

Attorneys for Debtor

4820-1292-0688.v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 21, 2018, a copy of **NOTICE OF CLOSING OF SALE OF ASSETS** was served via CM/ECF on:

| | |
|---|---|
| James T. Markus | Risa Lynn Wolf Smith |
| Donald D. Allen | Matt Ochs |
| Caroline Fuller | Martin Beeler |
| Matthew Rork | Patrick Hughes |
| Alan Motes | Andrew Gillespie |
| Alexander Clark | Lars H. Fuller |

Dated: August 21, 2018.   JACKSON KELLY PLLC

By: */s/ Steven T. Mulligan*
   Steven T. Mulligan, #19901
   Benjamin J. Ross, #49370
1099 18th Street, Suite 2150
Denver, CO 80202
Tel: (303) 390-0003; Fax: (303) 390-0177
smulligan@jacksonkelly.com
Counsel for Debtor