# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In re:

COLORADO NATIONAL BANCORP,
EIN: 27-0847337

    Debtor.

Case No. 17-20315 EEB

Chapter 11

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 21, 2018, a copy of the **COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION** ("Cover Sheet"), **FIRST AND FINAL APPLICATION FOR ALLOWANCE FOR PROFESSIONAL FEES AND COSTS FOR THOMAS M. KIM AS THE INDEPENDENT SALE EXAMINER AND R² ADVISORS, LLC AS A PROFESSIONAL FOR THE INDPENDENT SALE EXAMINER FOR THE PERIOD OF MARCH 9, 2018 THROUGH AUGUST 6, 2018**, and **NOTICE OF FIRST AND FINAL APPLICATION FOR ALLOWANCE FOR PROFESSIONAL FEES AND COSTS FOR THOMAS M. KIM AS THE INDEPENDENT SALE EXAMINER AND R² ADVISORS, LLC AS A PROFESSIONAL FOR THE INDPENDENT SALE EXAMINER FOR THE PERIOD OF MARCH 9, 2018 THROUGH AUGUST 6, 2018** (the "Notice") was served via CM/ECF on:

| | |
|---|---|
| James T. Markus | Risa Lynn Wolf Smith |
| Donald D. Allen | Matt Ochs |
| Caroline Fuller | Martin Beeler |
| Matthew Rork | Patrick Hughes |
| Alan Motes | Andrew Gillespie |
| Alexander Clark | Lars H. Fuller |

The Cover Sheet and Notice were served on all creditors and parties of interest listed on the attached mailing obtained from PACER on August 21, 2018.

Dated: August 21, 2018.

JACKSON KELLY PLLC

By: */s/ Steven T. Mulligan*
Steven T. Mulligan, #19901
Benjamin J. Ross, #49370
1099 18th Street, Suite 2150
Denver, CO 80202
Tel: (303) 390-0003; Fax: (303) 390-0177
smulligan@jacksonkelly.com
Counsel for Debtor

4828-1365-1824.v1

```
Label Matrix for local noticing        ADP TotalSource, Inc.   client services   Accutech Systems Corporation - - regula
1082-1                                  1851 N Resler Drive MS-100                2620 N Accutech Way
Case 17-20315-EEB                       El Paso, TX 79912-8023                    Muncie, IN 47304-9462
District of Colorado
Denver
Tue Aug 21 12:02:09 MDT 2018

Ajay and Kristina C Menon               Albert F. Hummel                          Donald D. Allen
1609 Fantail Ct.                        PO Box 3407                               1700 Lincoln St.
Fort Collins, CO 80528-6399             Rancho Santa Fe, CA 92067-3407            Ste. 4550
                                                                                  Denver, CO 80203-4509


American Bankers Association - membershi   Anthony R. Mayer                       Martin Beeler
P O Box 79152                              8001 S. Interport Bvld                 620 8th Ave.
Baltimore, MD 21279-0152                   Englewood, CO 80112-5906               New Youk, NY 10018-1618


Brian Devlin IRA                        Brinkerhoff Enterprises, Ltd.             Bryan Hillary Burg
1300 Elder Avenue                       1600 Broadway Suite 1430                  Siebman, Burg, Phillips & Smith, LL
Boulder, CO 80304-2626                  Denver, CO 80202-4908                     4949 Hedgcoxe, Suite 230
                                                                                  Plano, TX 75024-3934


CBP, JV                                 CRTT Holdings, LLC                        Captiva Ventures, LLC
2911 Turtle Creek Bvld. Suite 1240      Attn   Robert Ekback                      1775 Sherman St. Suite 1350
Dallas, TX 75219-6277                   10634 Sundial Rim Road                    Denver, CO 80203-4333
                                        Highlands Ranch, CO 80126-5650


Carter Dammen                           Century Link, Inc.   utility              Stanley Chao
16431 Wild Plum Circle                  P O Box 91155                             c/o Fairfield and Woods
Morrison, CO 80465-2113                 Seattle, WA 98111-9255                    1801 California Street, Suite 2600
                                                                                  Denver, CO 80202-2645


Charles Burger                          Charles J. Burger                         Charles J. and Darby Burger
1700 Lincoln Street #2150               2251 Golfview Way                         1700 Lincoln Street, Suite 2150
Denver, CO 80203-4500                   Steamboat Springs, CO 80487-3169          Denver, CO 80203-4500


Chubb Group Holdings, Inc.   insurance  City and County of Denver/Treasury        Ronald Alexander Clark Jr.
P O Box 382001                          201 W Colfax Ave                          620 8th Avenue
Philadelphia, PA 15250-8001             Department 1001                           New York, NY 10018-1618
                                        Attn: Jennifer Maldonado
                                        Denver, CO 80202-5332


Colorado Department Of Revenue          Colorado National Bancorp                 Compass Island Investment Opportunities
1375 Sherman St.                        700 17th Street, Suite 100                712 Fifth Ave. 12th Floor
Room 504                                Denver, CO 80202-3507                     New York, NY 10019-4154
Attention Bankruptcy Unit
Denver CO 80261-3000


Cooperstein Analytics, LLC              Corporation Service Company   CSC  - regi Cradle Cove Investment Opportunities Fun
140 W 86th St 9A                        P O Box 13397                             712 Fifth Ave. 12th Floor
New York, NY 10024-4079                 Philadelphia, PA 19101-3397               New York, NY 10019-4154
```

| | | |
|---|---|---|
| Curt Thompson<br>2525 Village Dr.<br>Steamboat Springs, CO 80487-2134 | Curtis J. Thompson<br>PO Box 776143<br>Steamboat Springs, CO 80477-6143 | David L. & Elizabeth Marr<br>4162 Sand Hill Lane<br>Highlands Ranch, CO 80126-5228 |
| Delaware Secretary of State - Division o<br>P O Box 5509<br>Binghamton, NY 13902-5509 | Jeffrey A. Desich<br>225 Burns Road<br>Westlake, OH 44145 | Richard A. Desich<br>1 Equity Way<br>Westlake, OH 44145-1050 |
| Diane Cousins<br>540 Columbine Ave<br>Bloomfield, CO 80020-6067 | Diane Cousins<br>540 Columbine Ave<br>Broomfield, CO 80020-6067 | Donald A. Yale<br>495 Cook St.<br>Denver, CO 80206-4424 |
| Eugene Weil, Trustee<br>50 East 10th Street, Apt 5E<br>New York, NY 10003-6224 | FBO Guy Gibson IRA<br>C/O Guy Gibson<br>3070 N. Lakeridge Trail<br>Boulder, CO 80302-9349 | Frederick R. Mayer & Jan Perry Mayer Irr<br>PO BOX 5272<br>Denver, CO 80217-5272 |
| Caroline C. Fuller<br>1801 California St.<br>Ste. 2600<br>Denver, CO 80202-2645 | Lars H. Fuller<br>1801 California St.<br>Ste. 4400<br>Denver, CO 80202-2662 | Andrew T. Gillespie<br>1050 17th Street, Ste. 1800<br>Denver, CO 80265-1801 |
| Global Mobile, LLC<br>101 High Street<br>Denver, CO 80218-4017 | Gordon Yale<br>725 Newport St.<br>Denver, CO 80220-5507 | Greg Greene<br>2911 Turtle Creek Bvld. Suite 1240<br>Dallas, TX 75219-6277 |
| Guy G. Gibson<br>3070 N. Lakeridge Tr.<br>Boulder, CO 80302-9349 | Guy Gibson IRA<br>3070 N. Lakeridge Tr.<br>Boulder, CO 80302-9349 | Patrick L. Hughes<br>1050 17th Street<br>Ste. 1800<br>Denver, CO 80265-1801 |
| IRA Plus Southwest LLC FBO Gregory S. Ru<br>3025 Commerce St.<br>Dallas, TX 75226-1627 | IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Irrev Trust of Frederick Miller Mayer &<br>PO BOX 5272<br>Denver, CO 80217-5272 |
| JHM Enterprises<br>6783 So. Yates Ct.<br>Littleton, CO 80128-6457 | Jack Henry & Associates, Inc.<br>P O Box 609<br>Monett, MO 65708-0609 | James B. Haden<br>310 San Miguel Drive<br>Sedona, CA 86336-6928 |
| James R. Feehan<br>191 South Quince St.<br>Denver, CO 80230-6999 | Jeffrey A Desich<br>12521 Cypress Island Way<br>Wellington, FL 33414-7099 | Jeffrey Desich<br>1210 Sunnyville Drive<br>West Palm Beach, FL 33414 |

| | | |
|---|---|---|
| Jennifer Renee Young<br>1964 Hacienda Heights Lane<br>Frisco, TX 75036-6592 | John Horan & Andrea Horan<br>6170 E Quincy Ave.<br>Cherry Hills Village, CO 80111-1002 | John R. Sprengle Trust<br>PO Box 770008<br>Steamboat Springs, CO 80477-0008 |
| John Sprengle<br>1727 Sunset Ridge Rd.<br>Highlands Ranch, CO 80126-2645 | John and Laurel Nelligan<br>23 Ronsard<br>Newport Coast, CA 92657-0114 | Julie Devlin IRA<br>1300 Elder Avenue<br>Boulder, CO 80304-2626 |
| Kathleen Hagan Brown<br>3030 E. Illif<br>Denver, CO 80210-5509 | Keenen Dammen<br>178 Strong Island Road<br>Chatham, MA 02633-1437 | Kelly Doll<br>345 San Juan Drive<br>Ponte Verde, FL 32082-1819 |
| Thomas M. Kim<br>R2 Advisors, LLC<br>1350 17th St.<br>Suite 206<br>Denver, CO 80202-1525 | Kristen Dammen<br>178 Strong Island Road<br>Chatham, MA 02633-1437 | Kylemar, LLLP<br>3005 Rosedale Ave<br>Dallas, TX 75205-1451 |
| Lewan & Associates, Inc.  office equipme<br>P O Box 912728<br>Denver, CO 80291-2728 | Liberty Tr. Co., Cust. fbo Gregory Rumsey IR<br>2708 Bluewood Trail<br>Flower Mound, TX 75022-5296 | Mark Haden<br>434 Dahlia St.<br>Denver, CO 80220-5106 |
| James T. Markus<br>1700 Lincoln St.<br>Ste. 4550<br>Denver, CO 80203-4509 | Alan K. Motes<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Mountain West Series of Lockton Corp. LL<br>Dept 999226<br>P O Box 173850<br>Denver, CO 80217-3850 |
| Steven T Mulligan<br>1099 18th St.<br>Ste. 2150<br>Denver, CO 80202-1958 | Nelson Cole<br>P.O Box 1323<br>Kremmling, CO 80459-1323 | Nelson Cole IRA<br>P.O Box 1323<br>Kremmling, CO 80459-1323 |
| Nelson Cole Roth IRA<br>P.O Box 1323<br>Kremmling, CO 80459-1323 | Nicholas Filla<br>700 17th St. Suite 100<br>Denver, CO 80202-3507 | Matthew J. Ochs<br>555 17th St.<br>Ste., 3200<br>Denver, CO 80202-3921 |
| Patrick S. Wallace<br>2525 Stemmons Freeway<br>Dallas, TX 75207-2401 | Pricewaterhouse Coopers, LLP<br>P O Box 75647<br>Chicago, IL 60675-5647 | Resource Financial Institutions Group, Inc<br>712 Fifth Avenue<br>12th Floor<br>New York, NY 10019-4154 |
| Retama, LLLP<br>1600 Broadway Suite 1430<br>Denver, CO 80202-4908 | Richard A Desich<br>12521 Cypress Island Way<br>Wellington, FL 33414-7099 | Richard Desich<br>12502 World Cup Lane<br>West Palm Beach, FL 33414-3502 |

| | | |
|---|---|---|
| Matthew S. Rork<br>1801 California St.<br>Ste. 2600<br>Denver, CO 80202-2645 | Scot Holding, Inc.<br>110 Mesa Park Drive Suite 100<br>El Paso, TX 79912-6181 | Scott A. Vanderhooven<br>1820 S. 143RD E<br>Wichita, KS 67230-9721 |
| Scott Jackson<br>101 High Street<br>Denver, CO 80218-4017 | Scott L. Gesell<br>2923 E. 134th Street<br>Bixby, OK 74008-3680 | Securities and Exchange Commission<br>Central Regional Office<br>1961 Stout St.<br>Ste. 1700<br>Denver CO 80294-1700 |
| Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 | Sherron G. Perry<br>9525 King St.<br>Anchorage, AK 99515-1817 | TIG Bancorp<br>73 South Tamarron Drive<br>Suite 865<br>Durango, CO 81301-7975 |
| TRC Master Fund LLC<br>PO Box 633<br>Woodmere, NY 11598-0633 | The John & Karen Sprengle Trust<br>1727 Sunset Ridge Rd.<br>Highlands Ranch, CO 80126-2645 | Thomas A. Gesell<br>2620 G St. South<br>South Sioux City, NE 68776-3332 |
| Tim Baxter<br>2281 Vantage Street<br>Dallas, TX 75207-6101 | US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Vendor Recovery Fund IV, LLC<br>PO Box 669<br>Smithtown, NY 11787-0710 |
| Wilblairco II, LLC<br>222 West Adams St.<br>Chicago, IL 60606-5312 | Risa Lynn Wolf-Smith<br>555 17th St.<br>Ste. 3200<br>Denver, CO 80202-3921 | ZKB Properties, LLC<br>1600 Broadway Suite 1430<br>Denver, CO 80202-4908 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AtlasBanc Holdings Corporation | (d)Diane Cousins<br>540 Columbine Ave.<br>Broomfield, CO 80020-6067 | (u)Eide Bailly LLP |
| (u)Jackson Kelly PLLC | (u)Maksims Jarosevskis | (u)Markus Williams Young & Zimmermann LLC |
| (u)Marks Moskvins | (u)Raymond Natter<br>Barnett, Sivon & Natter P.C. | (u)Official Committee of Unsecured Creditors |

(u)SIA Transact Pro             (u)Shapiro Bieging Barber Otteson LLP            (u)Vining Sparks Community Bank Advisory Grou

End of Label Matrix
Mailable recipients    107
Bypassed recipients     12
Total                  119